## CONS *v.* WIPERT *et al.*

ATKINSON, Presiding Justice. Under the pleadings and evidence in this habeas corpus proceeding, the trial judge did not abuse his discretion in awarding custody of the child to the foster parents. Code, §§ 50-121, 74-108 (3); *Morris* v. *Grant,* 196 *Ga.* 692 (27 S. E. 2d, 295).

*Judgment affirmed. All the Justices concur.*

No. 17345. FEBRUARY 14, 1951.

*Vincent P. McCauley* and *Charles A. Hughey,* for plaintiff.
*Wohlwender & Land,* for defendants.